SAMUEL FASSLER, as Superintendent of Buildings of the Borough of Manhattan, Appellant, v. DAVID LIND, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.